IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| EMILY C. KELLINGTON, ) | |
| ) | |
|     **Plaintiff** ) | Civil Action No.: 5:14-cv-00002 |
| ) | |
| v. ) | |
| ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC., ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff, Emily C. Kellington, by counsel, respectfully requests that attorney Lawrence L. Jones, II be admitted *pro hac vice* in this matter, pursuant to Local Rule 6(d). In support of this motion, Plaintiff states as follows:

1. Mr. Jones is a partner at Jones Ward, PLC located at 312 S. Fourth Street, 6th Floor, Louisville, Kentucky 40202, T: (502) 882-6000, F: (502) 587-2007, Email: larry@jonesward.com.

2. Mr. Jones is a member in good standing of the bar of the Commonwealth of Kentucky (KY # 88459), and is licensed to practice before the Supreme Court of Kentucky. Mr. Jones was admitted to the bar of the Commonwealth of Kentucky on October 23, 2000.

3. Mr. Jones is also a member in good standing of the bars of the following Courts: Commonwealth of Pennsylvania (admitted May 10, 2012); Eastern District of Kentucky (admitted April 30, 2001); Western District of Kentucky (admitted April 30, 2001); Southern District of Indiana (admitted May 10, 2002); Northern District of Florida (admitted

June 21, 2010); Eastern District of Missouri (admitted May 1, 2012); and the Court of Appeals for the Sixth Circuit (admitted October 20, 2011).

4. Mr. Jones has actively been engaged in the practice of law for over thirteen (13) years, and does not know of any disciplinary proceedings that are currently pending against him, and no disciplinary proceeding has ever been instituted against him. His license, certificate, and/or privilege to appear and practice before any judicial or regulatory administrative body have never been suspended, revoked, surrendered, or otherwise terminated.

5. Mr. Jones agrees to abide by the rules of this Court and to submit to all disciplinary rules and procedures of this Court and to all rules of professional conduct applicable to a lawyer admitted to practice before this court.

6. Mr. Jones requests permission to practice before this Court for purposes of this action only.

WHEREFORE, Plaintiff, Emily C. Kellington, respectfully requests that this Court enter an Order granting this Motion and admitting Lawrence L. Jones, II to practice before this Court for purposes of representing Plaintiff in this action.

Respectfully submitted,

**Marks & Harrison, P.C.**

/s/ *Eric D. Yost*
Eric D. Yost, Esquire
(Virginia State Bar #70360)
Marks & Harrison, P.C.
206 Greenville Avenue
Staunton, VA 24401
T: (540) 886-5790
F: (540) 886-5793
Email: eyost@marksandharrison.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed via the ECF/CM system with the Clerk of the Court, which will have sent notice to all attorneys of record in this matter on this, the 19th day of February, 2014.

                                                   /s/ *Eric D. Yost*  
                                                   Eric D. Yost