IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 21 2014

JULIA C. DUDLEY, CLERK
BY: /s/ 
   DEPUTY CLERK

| | |
|---|---|
| EMILY C. KELLINGTON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 5:14-CV-00002 |
| BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to admit attorney Lawrence L. Jones II *pro hac vice*, and this Court being fully advised,

It is hereby **ORDERED** that the Motion for Admission *Pro Hac Vice* is **GRANTED**.

Dated this 21st day of February, 2014

/s/ Michael F. Urbanski
US DISTRICT JUDGE